IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Tammy Mulvaine,   Case: 3:18-cv-00703
      Plaintiff(s)

   v.   Order

Wyandot County EMS,

      Defendant(s)

Upon representation of counsel that this case has been resolved between the parties, it is hereby

Ordered that the docket be marked "settled and dismissed without prejudice.  Each party is to bear its own costs." Any subsequent Dismissal filed setting forth specific settlement terms and conditions shall supersede this Order.  The Court retains jurisdiction to vacate this Order and to reopen the action upon cause shown that the settlement has not been completed and further litigation is necessary.  Alternatively, the Court retains jurisdiction to enforce the settlement agreement reached between the parties.

So ordered.

s/ James G. Carr
Sr. United States District Judge